# Third District Court of Appeal

## State of Florida

Opinion filed January 26, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0521
Lower Tribunal No. 19-24105
_____

**Fernando Birbragher, et al.,**
Appellants,

vs.

**Max Chira, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Korte & Associates, and Brian K. Korte (West Palm Beach), for appellants.

Albert D. Rey, P.A., and Albert D. Rey, for appellee ARP Acquisitions, Corp., as Trustee.

Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Aparicio v. Deutsche Bank Nat'l Tr. Co</u>., 278 So. 3d 814, 816 (Fla. 3d DCA 2019) (affirming denial of motion to vacate foreclosure sale where appellants "failed to allege 'one or more adequate equitable factors and make a proper showing to the trial court that they exist[ed] in the proceedings below'") (quoting <u>Arsali v. Chase Home Fin. LLC</u>, 121 So. 3d 511, 518 (Fla. 2013))